FILED

09/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0423

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0423

---

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

RICHARD EDWARD ADSIT, JR.,

      Defendant and Appellant.

---

## ORDER

---

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including November 3, 2021, within which to prepare, serve, and file its response brief.

JMK

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 27 2021